UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIEL L. GARCIA,<br><br>               Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>               Defendant. | CASE NO. C13 5500 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

    This matter comes before the Court on the Report and Recommendation of Magistrate Judge Karen L. Strombom.  Dkt. 22.  The Magistrate Judge recommends that the Commissioner's decision to deny disability insurance and supplemental security income benefits be reversed and this matter remanded for further administrative proceedings.  *Id.*  No objections have been filed to the Report and Recommendation.

ORDER ADOPTING REPORT AND
RECOMMENDATION REVERSING AND
REMANDING FOR FURTHER
ADMINISTRATIVE PROCEEDINGS- 1

1     The Court, having reviewed the Report and Recommendation of Judge Karen L.

2 Strombom, United States Magistrate Judge, and the relevant record, does hereby find and

3 **ORDER**:

4     (1)    The Court adopts the Report and Recommendation.

5     (2)    The matter is **REVERSED** and **REMANDED** to the Commissioner for further

6     administrative proceedings.

7     (3)    **JUDGMENT** is for plaintiff and the case should be closed.

8     (4)    The Clerk is directed to send copies of this Order to counsel of record.

9 Dated this 12th day of May, 2014.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION REVERSING AND
REMANDING FOR FURTHER
ADMINISTRATIVE PROCEEDINGS- 2